UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE JON IRBY,

    Plaintiff,

v.

MARGRET GILBERT, et al.,

    Defendant.

CASE NO. 16-cv-05052 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Based on the three strikes rule of § 1915(g), plaintiff's application to proceed IFP (Dkt. 1) is DENIED. Plaintiff is directed to pay the $400.00 filing fee in order to proceed with this complaint.

(3) All pending motions are re-noted for thirty (30) days after entry of the this order, pending plaintiff's payment of the $400 filing fee.

**DATED** this 18th day of April, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1