# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TERRANCE JON IRBY,

    Plaintiff,

v.

MARGRET GILBERT, et al.,

    Defendants.

CASE NO. 3:16-CV-05052 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #114].

(2) Defendants' motion to dismiss (Dkt. #70) is denied as moot.

**DATED** this 22nd day of May, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1